UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>      v.<br><br>NSHAN SARGSIAN,<br>  aka "Nshan Sargsyan,"<br>  aka "Nshan Ashotovich Sargsian,"<br>  aka "Nshan Ashoti Sargsian,"<br><br>  Defendant. | CR No. 19CR00184-FMO<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 1546(a): Fraud and Misuse of Visas, Permits, or Other Documents; 8 U.S.C. § 1325(c): Marriage Fraud] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1546(a)]

On or about May 18, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant NSHAN SARGSIAN, also known as ("aka") "Nshan Sargsyan," aka "Nshan Ashotovich Sargsian," aka "Nshan Ashoti Sargsian" ("SARGSIAN"), knowingly subscribed as true under penalty of perjury under Section 1746 of Title 28, United States Code, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed

thereunder, and knowingly presented such application, affidavit, and other document that contained such false statement and that failed to contain any reasonable basis in law or in fact, in that defendant SARGSIAN knowingly presented a nonimmigrant visa application to the Department of State that falsely stated that defendant SARGSIAN had never been arrested or convicted for any offense or crime, when in truth and in fact, as defendant SARGSIAN then well knew, he had been arrested and convicted for two crimes in Armenia.

COUNT TWO

[18 U.S.C. § 1546(a)]

On or about May 30, 2015, in Los Angeles County, within the Central District of California, defendant NSHAN SARGSIAN, also known as ("aka") "Nshan Sargsyan," aka "Nshan Ashotovich Sargsian," aka "Nshan Ashoti Sargsian" ("SARGSIAN"), knowingly used a nonimmigrant visa in his own name that defendant SARGSIAN knew to be procured by means of a false claim and statement, in that defendant SARGSIAN falsely stated on his nonimmigrant visa application that defendant SARGSIAN had never been arrested or convicted for any offense or crime, when in truth and in fact, as defendant SARGSIAN then well knew, he had been arrested and convicted for two crimes in Armenia.

## COUNT THREE

[18 U.S.C. § 1546(a)]

On or about November 27, 2015, in Orange County, within the Central District of California, and elsewhere, defendant NSHAN SARGSIAN, also known as ("aka") "Nshan Sargsyan," aka "Nshan Ashotovich Sargsian," aka "Nshan Ashoti Sargsian" ("SARGSIAN"), knowingly subscribed as true under penalty of perjury under Section 1746 of Title 28, United States Code, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and knowingly presented such application, affidavit, and other document that contained such false statement and that failed to contain any reasonable basis in law or in fact, in that defendant SARGSIAN knowingly presented a Form I-589, Application for Asylum and for Withholding of Removal to Citizenship and Immigration Services that falsely stated that defendant SARGSIAN had no children and that he had never been accused, charged, arrested, convicted, or sentenced in any country other than the United States, when in truth and in fact, as defendant SARGSIAN then well knew, he had two children, and he had been accused, charged, arrested, convicted, and sentenced for two crimes in Armenia.

COUNT FOUR

[8 U.S.C. § 1325(c)]

On or about April 15, 2016, in Los Angeles County, within the Central District of California, defendant NSHAN SARGSIAN, also known as ("aka") "Nshan Sargsyan," aka "Nshan Ashotovich Sargsian," aka "Nshan Ashoti Sargsian," a citizen of Armenia and therefore an alien in the United States, knowingly and unlawfully entered into marriage for the purpose of evading a provision of the immigration laws of the United States, without intending to establish a life together with his spouse at the time of the marriage.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

KYLE J. RYAN
Special Assistant United States Attorney
General Crimes Section