```
                    FILED
              CLERK, U.S. DISTRICT COURT

                   MAR - 4 2024

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Nshan Sargsian ) <br>            Defendant. ) <br> ) | Case No.: 2:19-CR-00184-FMO-1 <br><br> ORDER [OF DETENTION] <br> AFTER HEARING HELD PURSUANT <br> TO 18 U.S.C. § 3148 (B) <br><br> (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __P. Abrams__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

(A) ( ) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

(B) (✓) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: relocating out of CDCA; failing to appear at OSC hearing; stopping communication with PSA

and

(2)

    (A) ( ) that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B) (✓) that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3) ( ) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4) ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓) IT IS ORDERED that the defendant be detained prior to trial.

DATED: __3/4/24__

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2